## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jack Curtis Buel                                    CHAPTER 13
          Amie Elizabeth Buel
                    Debtor(s)                        BKY. NO. 25-23232 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
05 Dec 2025, 10:20:38, EST

Denise Carlon, Esq. (317226)        ☐
Matthew Fissel, Esq. (314567)        ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com