IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  25-23232-JAD |
| Jack Curtis Buel, | : | |
| Amie Elizabeth Buel, | : | |
| Debtor(s) | : | |
| Jack Curtis Buel, | : | |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| Webstaurant Store, LLC, | : | |
| Respondent(s) | : | |

## **CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Amended Order to Pay Trustee Pursuant to Wage Attachment issued on February 9, 2026 and The Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on February 10, 2026.

Webstaurant Store LLC
Attn:  Payroll Manager
40 Citation Lane
Lititz, PA. 17543

Attorney for Movant:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID#  50329