IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No.  25-23232 JAD |
| Jack Curtis Buel | ) | |
| Amie Elizabeth Buel | ) | |
| Debtor (s) | ) | |
| Jack Curtis Buel | ) | Chapter 13 |
| Amie Elizabeth Buel | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Doc. No. 28 |
| | ) | |
| Capital One, N.A., Capital One Bank | ) | Hearing: 4/14/26 at 11:00 AM |
| (USA), N.A. | ) | |
| | ) | |
| Respondent(s) | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION
TO AVOID JUDICIAL LIENS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on February 27, 2026 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 16, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  March 17, 2026

/s/ Scott R. Lowden
Scott R. Lowden
PA ID No. 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com