IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              )
                                                    )         Bankruptcy No.  25-23232 JAD
Jack Curtis Buel                                    )
Amie Elizabeth Buel                                 )
                          Debtor (s)                )
Jack Curtis Buel                                    )         Chapter 13
Amie Elizabeth Buel                                 )
                          Movant(s)                 )
          v.                                        )         Related to Doc. No.   28
                                                    )
Capital One, N.A., Capital One Bank                 )
(USA), N.A.                                         )         **DEFAULT O/E JAD**
                                                    )
_____Respondent(s) )


Order Avoiding Lien

          AND NOW, this  9th  day of  April , 2026 upon the Debtors' motion to avoid and

cancel judicial liens which impairs an exemption of the Debtors,

          It is hereby ORDERED AND DECREED that the judicial lien(s) held by Capital

One, N.A. entered of record at CV-2025-01906, Capital One, N.A. entered of record at

CV-2025-05322, and Capital One Bank (USA), N.A. entered of record at CV-2024-

04276 in and on Debtor's real estate located at 4 Campbell Street, Avella, PA 15312, and

entered of record at Court of Common Pleas of Washington County, PA be and hereby

are avoided and any claim of Respondent(s) is hereby unsecured subject to the entry of a

discharge order upon the completion of the Debtor's chapter 13 case.

                                         sjk

                                         Jeffery A. Deller
FILED                                    United States Bankruptcy Judge
4/9/26 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                     Case No. 25-23232-JAD

Jack Curtis Buel                                                           Chapter 13

Amie Elizabeth Buel
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 09, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

**Recip ID                        Recipient Name and Address**
db/jdb                  +  Jack Curtis Buel, Amie Elizabeth Buel, 4 Campbell Street, P.O. Box 286, Avella, PA 15312-0286

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Joint Debtor Amie Elizabeth Buel ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Jack Curtis Buel ricelaw1@verizon.net  lowdenscott@gmail.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Amie Elizabeth Buel lowdenscott@gmail.com |

District/off: 0315-2                         User: auto                                    Page 2 of 2
Date Rcvd: Apr 09, 2026                      Form ID: pdf900                               Total Noticed: 1

Scott R. Lowden
                    on behalf of Debtor Jack Curtis Buel lowdenscott@gmail.com


TOTAL: 7