## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jack Curtis Buel          ) | |
|     Amie Elizabeth Buel          ) | Case No. 25-23232 JAD |
|                         ) | |
|                         ) | Chapter 13 |
|                         ) | |
|             Debtor(s).          ) | Related to Docs. #6, 24 and 35 |
| _____X | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

          a motion to dismiss case or certificate of default requesting dismissal

    ☒      a plan modification sought by:   Jack and Amie Buel

          a motion to lift stay
          as to creditor   _____

    ☒      Other:       The plan is being modified to provide funding for the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Lakeveiw Loan Servicing, LLC (POC #8) on 3/31/2026 and to provide for additional attorney fees.

       **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

       **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☒      Chapter 13 Plan dated       November 28, 2025
                 Amended Chapter 13 Plan dated      _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☒      Debtor(s) Plan payments shall be changed from $2,943 to

-1-

$ 2,535___ per Month, effective ___May, 2026 ; and/or the Plan term shall be changed from ___months to ___months.                                    .

❑   In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑   Debtor(s) shall file and serve _____ on or before _____.

❑   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒   Other:  __Lakeview Loan Servicing, LLC CL #8 shall be paid the amount of $1,200.00 as provided in the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on 3/31/2026. Attorney fees available are in the amount of $3,000 over the no-look fee of $5,000 for a total of $8,000 to be awarded through the Fee Application process. The pool to timely filed unsecured creditors is revised to $4,567.98 (100%).

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this __16th__ day of ____April_____, 2026

-2-

_____sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                                    Stipulated by:

/s/ Scott R. Lowden_____          /s/ Dennis Sloan_____
Scott R. Lowden - Counsel to Debtor      Dennis Sloan, Esq.
PA ID 72116                                      Counsel to Chapter 13 Trustee
100 Heathmore Avenue                      600 Grant Street
Pittsburgh, PA 15227                         Suite 3250 US Steel Tower
(412) 292-4254                                  Pittsburgh, PA 15219
lowdenscott@gmail.com

Stipulated by:

                                                            FILED
_____          4/16/26 2:49 pm
                                                            CLERK
                                                            U.S. BANKRUPTCY
                                                            COURT - WDPA

cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                Case No. 25-23232-JAD

Jack Curtis Buel                                                      Chapter 13

Amie Elizabeth Buel

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 16, 2026 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jack Curtis Buel, Amie Elizabeth Buel, 4 Campbell Street, P.O. Box 286, Avella, PA 15312-0286 |
| 16612940 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 742537, Cincinnati, OH 45274 |
| 16612939 | + | Collection Service Center/Quest, P.O. Box 55126, Boston, MA 02205-5126 |
| 16612941 | + | Independence - Cross Creek Jt Sewer, c/o Stephen Taczak, Esq., 12 North Jefferson Ave., Canonsburg, PA 15317-1306 |
| 16612942 | + | Independence Cross Creek Sewage Authorit, 34 Campbell Street, P.O. Box 156, Avella, PA 15312-0156 |
| 16612950 | + | Washington Health System, Attn: Billing Dept., 155 Wilson Avenue, Washington, PA 15301-3336 |
| 16612952 | + | West Penn Power, P.O. Box 6387, Akron, OH 44312 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2026 00:24:27 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16612934 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 17 2026 00:24:28 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16612935 | + | Email/Text: bncnotifications@pheaa.org | Apr 17 2026 00:12:00 | American Education Services, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 16612936 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 17 2026 00:12:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 16612938 | ^ | MEBN | Apr 17 2026 00:07:01 | Capital One, c/o Michael Ratchford, Esq., 54 Glenmaura Nat Blvd., #104, Moosic, PA 18507-2161 |
| 16612937 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 00:24:27 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16617908 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2026 00:24:27 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16626992 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 17 2026 00:12:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 16631541 | ^ | MEBN | Apr 17 2026 00:06:34 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, PO BOX 840, Buffalo, NY 14240-0840 |
| 16612943 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:24:28 | LVNV Funding LLC/Resurgent / Barclays, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16614527 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:24:36 | LVNV Funding, LLC, Resurgent Capital Services, |

| | | | |
|---|---|---|---|
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 16612944 | Email/Text: camanagement@mtb.com | | |
| | | Apr 17 2026 00:12:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 16612945 | Email/Text: EBN@Mohela.com | | |
| | | Apr 17 2026 00:12:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16612946 | Email/Text: EBN@Mohela.com | | |
| | | Apr 17 2026 00:12:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16625636 | Email/Text: EBN@Mohela.com | | |
| | | Apr 17 2026 00:12:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 16618533 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Apr 17 2026 00:12:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 16620696 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 17 2026 00:24:41 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16612947 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 17 2026 00:24:28 | Portfolio Recovery / Cadpital One, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 16633617 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Apr 17 2026 00:24:28 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16612948 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 17 2026 00:24:34 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 16612949 | ^ MEBN | | |
| | | Apr 17 2026 00:06:44 | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 16612951 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Apr 17 2026 00:12:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 16625790 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Apr 17 2026 00:12:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**
cr                                            LAKEVIEW LOAN SERVICING, LLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

District/off: 0315-2                        User: auto                                Page 3 of 3
Date Rcvd: Apr 16, 2026                     Form ID: pdf900                           Total Noticed: 30

| Name | Email Address |
| --- | --- |
| David A. Rice | on behalf of Joint Debtor Amie Elizabeth Buel ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Jack Curtis Buel ricelaw1@verizon.net  lowdenscott@gmail.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Amie Elizabeth Buel lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Debtor Jack Curtis Buel lowdenscott@gmail.com |

TOTAL: 7